IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NORFOLK SOUTHERN RAILWAY COMPANY,**

      **Plaintiff,**

v.                                Civil Action No. 4:04-CV-088-RH

**THE DEPARTMENT OF REVENUE OF THE STATE OF FLORIDA, JIM ZINGALE, Executive Director of The Department of Revenue of the State of Florida, NORMA J. COOK, Hamilton County Tax Collector, GENE HARVEY, Baker County Tax Collector, MIKE HOGAN, Duval County City of Jacksonville Tax Collector, KENNETH R. MAHAFFEY, Putnam County Tax Collector, GWENDOLYN M. MILLER, Nassau County Tax Collector, ROD NORTHCUTT, Brevard County Tax Collector, H. RAY WALKER, Columbia County Tax Collector, and IAN YORTY, Miami-Dade County Tax Collector, each individual in their official capacities.**

      **Defendants.**

**CONSENT ORDER OF SETTLEMENT AND DISMISSAL**

Plaintiff, Norfolk Southern Railway ("Norfolk Southern"), and Defendants, Department of Revenue of the State of Florida and its Executive Director ("Department"), by and through their respective counsel, having represented that all matters at issue in the above-referenced cases have been compromised and settled, and that this case may be

1

dismissed on the terms specified below, it is, hereby, ordered and adjudged and decreed as follows:

1. The maximum aggregate assessed value of Norfolk Southern's Railroad Operating Property in Florida, after consideration of all exemptions and deductions but prior to equalization (hereafter "Adjusted Unit Value Allocated to Florida") shall be as follows:

a. As of January 1, 2003: $53,000,000; and

b. As of January 1, 2004: $51,000,000.

For the year 2005, Norfolk Southern agrees not to challenge its 2005 assessment nor to seek a reduction below the maximum assessed value set forth in this paragraph for 2005, provided that the Department consents to assess Norfolk Southern's Railroad Operating Property in Florida for 2005 at no more than an Adjusted Unit Value Allocated to Florida of $49,000,000. The provisions of this agreement shall be limited to the years set forth above.

2. The Tax Collectors are authorized and directed to submit to Norfolk Southern a revised county bill for tax year 2003 based on the Adjusted Unit Value Allocated to Florida set forth in paragraph 1 of this Consent Order of Settlement and Dismissal (the "Consent Order"), plus interest at the rate of twelve (12.0%) per cent per annum from April 1, 2004. The Tax Collectors are authorized and directed to submit to Norfolk Southern a revised county bill for tax year 2004 based on the Adjusted Unit Value

Allocated to Florida set forth in paragraph 1 of the Consent Order, which taxes shall be considered a deficiency, plus interest at the rate of twelve (12.0%) percent per annum from April 1, 2005. Norfolk Southern and the Department agree the good faith payment made by Norfolk Southern is not grossly disproportionate to the Adjusted Unit Value Allocated to Florida pursuant to Section 194.192(2), Florida Statutes.

    3. This is a settlement of disputed valuation and equalization issues. The maximum aggregate assessed values set forth in Paragraph 1 above may become public and may be certified by the Department to the Florida counties in which Norfolk Southern operates for ad valorem tax purposes. The maximum aggregate assessed values set forth in Paragraph 1 are, however, compromised values agreed to for purposes of settlement only. No party to this litigation, including its officers, agents, employees, attorneys or consultants, shall make any extrapolation of a system or unitary value from these settlement values, nor make any representation outside this litigation with respect to the full system or unitary values associated with these settlement values.

    4. The balance of Norfolk Southern's ad valorem tax payments for tax years 2003 and 2004 shall be made within twenty (20) days from the later of (a) the entry of the Consent Order, or (b)

the receipt by Norfolk Southern of a revised county tax bill based on the Adjusted Unit Value Allocated to Florida set forth in paragraph 1, above. The refund of ad valorem taxes, if any, shall be made by the Tax Collectors in the manner required by Florida law. Norfolk Southern's ad valorem tax payments for tax year 2005 shall be made within the time, and in the manner, required by Florida law.

     5. This case shall be dismissed with prejudice, with each side to bear its own attorney's fees and expenses. This court shall retain jurisdiction solely for the purposes of enforcing this settlement agreement.

     DONE AND ORDERED in Chambers, at Tallahassee, Leon County, Florida, this 9th day of May, 2005.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge

[signatures of counsel on following page][1]

---

[1] The court was advised of this settlement agreement by submission of this proposed order. After review and approval, the proposed order has been entered in exactly the form submitted.

AGREED TO AND APPROVED FOR ENTRY:

CHARLES J. CRIST, JR.
ATTORNEY GENERAL


/s/ Nicholas Bykowsky
By: Nicholas Bykowsky, Esq.
Florida Bar No. 111295
Assistant Attorney General
Office of the Attorney General
The Capitol – Tax Section
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-5865 (fax)

ATTORNEYS FOR THE DEPARTMENT

KING & SPALDING LLP


/s/ Nolan C. Leake
Nolan C. Leake, Esq.
Georgia Bar No. 442350
Ranse M. Partin, Esq.
Georgia Bar No. 556260
191 Peachtree Street
Atlanta, GA 30303-1763
(404) 572-4600
(404) 572-5100 (fax)

BATEMAN, GIBSON, LLC
Everett B. Gibson, Esq.
Tennessee Bar No. 7868
1010 Cotton Exchange Building
65 Union Avenue
/s/ Michael A. Paasch

Michael A. Paasch, Esq.
Mateer, Harbert & Bates
225 E. Robinson Street
Orlando, FL 32802-2854

ATTORNEY FOR BREVARD COUNTY
TAX COLLECTOR


/s/ Scott D. Makar
Scott D. Makar, Esq.
City Hall
117 W. Duval Street, Suite 480
Jacksonville, FL  32202-3734

ATTORNEY FOR DUVALL
COUNTY-CITY OF JACKSONVILLE
TAX COLLECTOR


/s/ John J. Cascone
John J. Cascone, Esq.
101 Centre Street
P.O. Box 1852
Fernandina Beach, FL 32035-1852

ATTORNEY FOR NASSAU COUNTY
TAX COLLECTOR


/s/ Scott D. Fabricius
Scott D. Fabricius, Esq.
County Attorney's Office
111 N.W. 1st Street
Suite 2810
Miami, FL  33128-1993

ATTORNEY FOR MIAMI-DADE
COUNTY TAX COLLECTOR